Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*C.D. Peacock Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.D. PEACOCK HOLDINGS LLC
*Plaintiff*

v.

LIAONING PEACOCK WATCH CO., LTD.; PEACOCK WATCH (GROUP) HK LIMITED; PEACOCK WATCH (GROUP) SHENZHEN CO., LTD.; and PEACOCK WATCH INDUSTRY (GROUP) CO., LTD.
*Defendants*

**CIVIL ACTION NO.**
**26-cv-6911 (JHR)**

# CERTIFICATE OF SERVICE

I, Kerry B. Brownlee, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.
2. I am a partner with the law firm Epstein Drangel LLP, a limited liability partnership located at 6 East 45th Street, 7th Floor, New York, New York 10017. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.
3. I am an attorney for Plaintiff C.D. Peacock Holdings LLC ("Plaintiff") in the above-captioned case.
4. On September 29, 2026, Plaintiff's counsel served copies of the Summons and Complaint on Defendant Peacock Watch (Group) HK Limited by sending copies of the same via Fed Ex to Unit 3, 24/F, Ho King Commercial Centre, 2–16 Fa Yuen Street, Mong Kok, Kowloon, Hong Kong, which, according to FedEx's records, which are available online, were successfully delivered on October 2, 2026.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: October 7, 2026
New York, New York

By: /s/ Kerry B. Brownlee
Kerry B. Brownlee
kbrownlee@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017

Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*C.D. Peacock Holdings LLC*